United States District Court
Southern District of Texas
**ENTERED**
April 15, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § | |
| vs. | § § | **CRIMINAL DOCKET H-19-646** |
| **LAZARO HURTADO-ROMAN** | § | |

### ORDER ON UNOPPOSED MOTION FOR CONTINUANCE OF SENTENCING HEARING

Pending before the Court is an unopposed motion filed by the Defendant for continuance of the sentencing hearing.

IT IS HEREBY ORDERED that the Defendant's unopposed motion for continuance of the sentencing hearing is:

GRANTED

The sentencing hearing is reset for July 18, 2022 at 10:00 a.m
In courtroom to be determined.

SIGNED on April 15, 2022.

_____
Honorable GREGG COSTA
*United States District Judge*